UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IVY WATKINS | CIVIL ACTION NO. 09-1743 |
| VERSUS | JUDGE MELANCON |
| LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT | MAGISTRATE JUDGE HANNA |

## J U D G M E N T

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is **GRANTED** and plaintiff's claims are **DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana this 26th day of February, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE